AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Andrew Dixon

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV515-51

United States Of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 30, 2018, Petitioner's 2255 motion is denied.

Petitioner is not entitled to a certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This action stands closed.

| March 30, 2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03