FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAR 27 PM 4:21

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREW DIXON, | ) |
| Petitioner, | ) |
| v. | ) CASE NOS. CV515-051 |
| | ) CR512-018 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

### O R D E R

Before the Court is Petitioner Andrew Dixon's Motion for Clarification of Sentence. (Doc. 29.)[1] In the motion, Petitioner requests this Court "clarify as how petitioner was enhanced and sentenced under the ACCA" and "show where the enhancement 924(e)(2)(B)(ii) is presented in any files dealing with Petitioner." (Id. at 1.) After careful consideration, Petitioner's motion must be denied.

Petitioner appears to be requesting a review of all filings that reference his enhanced sentence pursuant to the Armed Career Criminal Act, 18 U.S.C. § 924(e) ("ACCA"). This Court finds that it is unnecessary to clarify its sentencing as numerous orders and filings in Petitioner's criminal and civil actions have discussed Petitioner's

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket, Case No. CV515-051. This motion was also filed in Petitioner's criminal docket, Case No. CR512-018, at Document 147.

status as an armed career criminal. (See, e.g., Case No. CR512-018, Doc. 92, Doc. 105; Case No. CV515-051, Doc. 20, Doc. 22.) Petitioner is advised to carefully read this Court's and the United States Court of Appeals for the Eleventh Circuit's previous orders. Accordingly, Petitioner's motion (Doc. 29) is **DENIED**.

SO ORDERED this 27th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA